No. 73–1992. Hall, Correction Commissioner *v.* Inmates of the Suffolk County Jail et al. C. A. 1st Cir. Motion of respondents Lopez et al. for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–6443. Greene et al. *v.* United States. C. A. D. C. Cir. Certiorari denied. Mr. Justice Douglas, Mr. Justice Brennan, and Mr. Justice Marshall would grant certiorari.

No. 73–6629. Pryor *v.* United States. C. A. D. C. Cir. Certiorari denied. Mr. Justice Douglas, Mr. Justice Brennan, and Mr. Justice Marshall would grant certiorari.

No. 73–6936. Helms *v.* North Carolina. Sup. Ct. N. C. Certiorari denied. Mr. Justice Douglas, Mr. Justice Brennan, and Mr. Justice Marshall would grant certiorari.